UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION


DAVID ALLEN JONES, #K8529                                        PETITIONER

VERSUS                                CIVIL ACTION NO. 5:07cv182-DCB-MTP

RONALD KING                                                      RESPONDENT

FINAL JUDGMENT

This cause having come before the Court on the United States Magistrate Judge's Report and Recommendation [docket entry no. 14] that the respondent's Motion to Dismiss [docket entry no. 7] the subject § 2254 Petition for Writ of Habeas Corpus be granted and said Petition be dismissed with prejudice, and the Court having adopted the Report and Recommendation in full following a de novo review of the same upon the petitioner's Objections thereto; accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED AND ADJUDGED** that any motions which may now be pending in this cause are properly **DENIED AS MOOT.**

**SO ORDERED AND ADJUDGED**, this the 10th day of June 2008.


                          s/ David Bramlette
                   
                   **UNITED STATES DISTRICT JUDGE**